UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBIN A. WILLIAMS,

                              Plaintiff,

                    -against-

PRIORITY CARE STAFFING; et al.,

                              Defendants.

26-CV-3518 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

By order dated May 6, 2026, the Court directed Plaintiff to file an amended pleading within 30 days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended pleading. Accordingly, the complaint, filed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed for the reasons set forth in the order dated May 6, 2026.

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated:   July 1, 2026
         New York, New York

_____
         Louis L. Stanton
         U.S.D.J.