UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBIN A. WILLIAMS,

Plaintiff,

-against-

PRIORITY CARE STAFFING; ET AL.,

Defendants.

26 CIVIL 03518 (LLS)

**CIVIL JUDGMENT**

For the reasons stated in the July 2, 2026, order, the complaint, the complaint, filed in forma pauperis ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed for the reasons set forth in the order dated May 6, 2026.

SO ORDERED.

Dated: July 6, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge