UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBIN A. WILLIAMS,

Plaintiff,

-against-

PRIORITY CARE STAFFING; et al.,

Defendants.

26-CV-3518 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

On May 6, 2026, the Court dismissed the complaint for failure to state a claim and directed Plaintiff to file an amended complaint within 30 days of that order. (ECF No. 4.) When Plaintiff failed to do so, the Court dismissed this action. (ECF No. 5.) On July 6, 2026, the Clerk of Court entered judgment (ECF No. 6), and on August 4, 2026, Plaintiff filed a motion for an extension time to file a notice of appeal. On August 10, 2026, Plaintiff filed a notice of appeal. (ECF No. 8.)

Plaintiff's motion invokes Rule 4(a)(5) of the Federal Rules of Appellate Procedure and, in the motion, she asserts that she did not timely file a notice of appeal because of "financial restrictions." (ECF No. 7, at 1.) For the reasons set forth below, the Court grants Plaintiff's motion.

**DISCUSSION**

Because Plaintiff's motion is timely, the Court must evaluate whether Plaintiff has shown "excusable neglect or good cause" for her failure to timely file a notice of appeal. *See* Fed. R. App. P. 4(a)(5)(A)(ii). In the motion, Plaintiff asserts that "financial restrictions" prevented her from timely filing her notice of appeal. (ECF No. 7, at 1.) Although Plaintiff does not provide

detail, in light of her *pro se* status, the Court finds that Plaintiff's "financial restrictions" constitute both good cause and excusable neglect under Rule 4(a)(5)(A)(ii).

Accordingly, the Court grants Plaintiff's motion for an extension and deems Plaintiff's notice of appeal, which she filed on August 10, 2026, to have been timely filed.

**CONCLUSION**

The Court grants Plaintiff's motion seeking an extension of time to file a notice of appeal and deems her notice of appeal, which she filed on August 10, 2026, to have been timely filed.

The Court directs the Clerk of Court to terminate the motion at ECF No. 7.

SO ORDERED.

Dated: August 12, 2026
New York, New York

Louis L. Stanton

Louis L. Stanton
U.S.D.J.